**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GRETTA MARSHALL, | ) | Case No. 2:16-cv-02406-GMN-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE CBE GROUP, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a proposed discovery plan submitted by Plaintiff only. Docket No. 7. As the discovery plan was not jointly submitted, it is hereby **DENIED** without prejudice. *See* Local Rule 26-1(a). Counsel for both parties are ordered to conduct the required Rule 26(f) conference and to file, no later than February 15, 2017, a joint discovery plan.

IT IS SO ORDERED.

DATED: February 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge