1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8

Gretta Marshall

Case #2:16-cv-02406-GMN-NJK

9

10

Plaintiff(s),

11

vs.

The CBE Group, Inc. d/b/a CBE Group

12

13

Defendant(s).

14

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

15

16

_Eugene Xerxes Martin, IV_ , Petitioner, respectfully represents to the Court:
(name of petitioner)

17

18

1.    That Petitioner is an attorney at law and a member of the law firm of

_Malone Akerly Martin PLLC_
(firm name)

19

20

with offices at _8750 N. Central Expressway, Suite 1850_ ,
(street address)

21

_Dallas_ , _Texas_ ▾ , _75231_ ,
(city)          (state)          (zip code)

22

23

_214-346-2628_ , _xmartin@mamlaw.com_ .
(area code + telephone number)    (Email address)

24

2.    That Petitioner has been retained personally or as a member of the law firm by

25

_The CBE Group, Inc._ to provide legal representation in connection with
[client(s)]

26

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.  That since ___November 4, 2011___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Texas_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Texas | January 18, 2012 | 24078928 |
| Southern District of Texas | April 13, 2012 | 24078928 |
| Eastern District of Texas | February 3, 2012 | 24078928 |
| Western District of Texas | August 20, 2012 | 24078928 |
| Fifth Circuit Court of Appeals | September 23, 2015 | 24078928 |
| District of Colorado | January 27, 2014 | 24078928 |
| | | |

5.  That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | ▼ |
| | | | ▼ |
| | | | ▼ |
| | | | ▼ |
| | | | ▼ |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Texas [▼]  )
                                            )
COUNTY OF _____Dallas_____  )

___Eugene Xerxes Martin, IV__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__6th__ day of ___April___, __2017__.

_____
Notary Public or Clerk of Court

JODI UNGER
Notary Public, State of Texas
Comm. Expires 04-19-2021
Notary ID 6541460

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Kurt R. Bonds_____,
                                                                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____7401 W. Charleston Blvd._____,
                                              (street address)

____Las Vegas____, ____Nevada____ [▼], __89117__,
         (city)                           (state)                           (zip code)

___702-384-7000___, ___kbonds@alversontaylor.com___.
(area code + telephone number)              (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5      **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7      The undersigned party(ies) appoint(s) _____ Kurt R. Bonds _____ as
                                                    (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10 _____
   (party's signature)

11

12 Litigation Manager
   (type or print party name, title)

13 The CBE Group, Inc.
   (party's signature)

14

15 _____
   (type or print party name, title)

16

17      **CONSENT OF DESIGNEE**
   The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19 _____
20 Designated Resident Nevada Counsel's signature

21 6228          Kbonds@alversontaylor.com
   Bar number        Email address

22

23 APPROVED:

24 Dated: this _____ day of _____, 20___.

25

26 _____
   UNITED STATES DISTRICT JUDGE

27

28                              5                        Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 05, 2017

Re: Mr. Eugene Xerxes Martin IV, State Bar Number 24078928

To Whom It May Concern:

This is to certify that Mr. Eugene Xerxes Martin IV was licensed to practice law in Texas on November 04, 2011, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167