1

2

3

4

5

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8  Gretta Marshall ) Case #2:16-cv-02406-GMN-NJK
 )
9  )
 )
10  Plaintiff(s), ) **VERIFIED PETITION FOR**
 ) **PERMISSION TO PRACTICE**
 ) **IN THIS CASE ONLY BY**
11  vs. ) **ATTORNEY NOT ADMITTED**
 The CBE Group, Inc. d/b/a CBE Group ) **TO THE BAR OF THIS COURT**
 ) **AND DESIGNATION OF**
12  ) **LOCAL COUNSEL**
 )
13  )
 Defendant(s). )
14  ) FILING FEE IS $250.00

15

16      Robbie Malone          , Petitioner, respectfully represents to the Court:
             (name of petitioner)

17

18      1.      That Petitioner is an attorney at law and a member of the law firm of

              Malone Akerly Martin PLLC
19                                  (firm name)

20  with offices at          8750 N. Central Expressway, Suite 1850          ,
                                      (street address)

21      Dallas          , Texas          ▼ , 75231          ,
         (city)                  (state)                  (zip code)
22

23      214-346-2625          , rmalone@mamlaw.com          .
  (area code + telephone number)      (Email address)

24      2.      That Petitioner has been retained personally or as a member of the law firm by

25      The CBE Group, Inc.          to provide legal representation in connection with
              [client(s)]
26

27  the above-entitled case now pending before this Court.

28                                                              Rev. 5/16

3.    That since ___November 7, 1986___, Petitioner has been and presently is a
                              (date)

member in good standing of the bar of the highest Court of the State of _Texas_____ ▼
                                                                              (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Texas | May 10, 1993 | 12876450 |
| Southern District of Texas | May 25, 1995 | 12876450 |
| Eastern District of Texas | March 23, 2006 | 12876450 |
| Western District of Texas | June 1, 1998 | 12876450 |
| Fifth Circuit Court of Appeals | September 29, 2011 | 12876450 |
| District of Colorado | January 22, 2014 | 12876450 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3  _____

4  _____
                                                    Petitioner's signature

4  STATE OF Texas            ▾  )

5                                        )
   COUNTY OF _____Dallas_____  )

6

7  _____Robbie Malone_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____
                                                    Petitioner's signature

10  Subscribed and sworn to before me this

11  _11th__ day of _April____, 2017.

12

13  _____
        Notary Public or Clerk of Court

```
        JODI UNGER
        Notary Public, State of Texas
        Comm. Expires 04-19-2021
        Notary ID 6541450
```

14

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate ____Kurt R. Bonds____,

19                                                                                  (name of local counsel)

    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20
    above-entitled Court as associate resident counsel in this action.  The address and email address of

21
    said designated Nevada counsel is:

22

23  _____7401 W. Charleston Blvd._____,
                                        (street address)

24
    _____Las Vegas_____, _____Nevada_____ ▾, __89117__,

25          (city)                                (state)                          (zip code)

26  ___702-384-7000___, ___kbonds@alversontaylor.com___.
    (area code + telephone number)          (Email address)

27

28                                          4                                      Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kurt R. Bonds_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Litigation Manager_____
(type or print party name, title)

The CBE Group, Inc._____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
6228          Kbonds@alversontaylor.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 05, 2017

Re: Ms. Robbie Malone, State Bar Number 12876450

To Whom It May Concern:

This is to certify that Ms. Robbie Malone was licensed to practice law in Texas on November 07, 1986, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167