# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRETTA MARSHALL, | Case No. 2:16-cv-02406-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| THE CBE GROUP, INC., | |
| Defendant(s). | |

Pending before the Court is the parties' joint status report. Docket No. 28. One portion of the status report indicates that "[t]he parties may also request a settlement conference," *id.* at 3, while a later portion indicates that "[t]he parties propose a settlement conference before a Magistrate Judge," *id.* at 4. As such, it is unclear whether the parties are seeking that a settlement conference be set at this time. No later than May 29, 2017, the parties shall file either (1) a notice that they do not currently seek the setting of a settlement conference or (2) a stipulation seeking a settlement conference that provides five dates on which all participants are available.

IT IS SO ORDERED

Dated: May 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge