David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GRETTA MARSHALL,<br><br>            Plaintiff,<br>v.<br><br>THE CBE GROUP, INC., D/B/A CBE GROUP,<br><br>            Defendant. | Civil Action No.: 16-CV-2406-GMN-NJK<br><br>**STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES TO CBE'S MOTION TO STRIKE [ECF DKT. 32]**<br><br>**(First Request)** |

It is hereby stipulated by and between the parties, through their respective attorneys, that the time for Plaintiff Gretta Marshall's response to Defendant CBE Group, Inc. d/b/a CBE Group's ("CBE") Motion to Exclude or Strike, ECF Dkt. 32, is extended from September 1, 2017 to September 8, 2017. It is also stipulated that CBE's time to file any reply to Plaintiff's response to the motion be extended from September 15, 2017 to September 22, 2017.

-**1**-

Good cause supports this stipulation. Specifically, on the morning of August 31, 2017, third party LiveVox requested an additional 7 days to complete its review-and-sign of its 30(b)(6) deposition transcript, which would have otherwise been due on September 1, 2017. Plaintiff and CBE are not opposed to permitting this third party the additional time it requests to complete this process, but Plaintiff would like to have the opportunity to review any changes to the transcript prior to filing her response to CBE's the motion to exclude and strike, and the parties and CBE had agreed that LiveVox will email its corrections to all counsel no later than 12 p.m. PST on September 8, 2017, which will permit Plaintiff enough time to review the changes and properly respond, if at all, in her response to CBE's motion to strike. As it concerns the Reply, CBE's counsel is in trial during the time the reply would otherwise be due as a consequence of the extended response period.

This is the parties' first stipulation to extend the motion, which is not being made for purposes of delay.

//
//
//
//
//
//
//
//
//
//

Accordingly, the parties request that Plaintiff be permitted to file her response to CBE's motion to exclude and strike no later than September 8, 2017, and that CBE be permitted to file its reply in support of the motion not later than September 22, 2017.

Respectfully submitted this 31st day of August, 2017.

| | |
|---|---|
| /s/ Miles N. Clark | /s/ Robbie Malone |
| Matthew I. Knepper | Eugene Xerxes Martin , IV, *admitted pro hac vice* |
| Miles N. Clark | |
| KNEPPER & CLARK, LLC | Robbie Malone, *admitted pro hac vice* |
| 10040 W. Cheyenne Ave. | Malone Akerly Martin PLLC |
| Suite 170-109 | 8750 N Central Expressway, Ste 1850 |
| Las Vegas, NV 89129 | Dallas, TX 75231 |
| Email: matthew.knepper@knepperclark.com | 214-346-2630 x2628 |
| Email: miles.clark@knepperclark.com | Fax: 214-346-2631 |
| | Email: xmartin@mamlaw.com |
| David H. Krieger | Email: rmalone@mamlaw.com |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | Kurt R. Bonds |
| Suite 350 | Alverson Taylor Mortensen, et al |
| Henderson, NV 89123 | 6605 Grand Montecito Parkway |
| Email: dkrieger@hainesandkrieger.com | Suite 200 |
| | Las Vegas, NV 89149 |
| *Attorneys for Plaintiffs* | 702-384-7000 |
| | Fax: 702-385-7000 |
| | Email: efile@alversontaylor.com |
| | |
| | *Attorneys for Defendant The CBE Group d/b/a CBE Group* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 6, 2017

-3-