# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRETTA MARSHALL, | Case No. 2:16-cv-02406-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| THE CBE GROUP, INC., | (Docket No. 34) |
| Defendant(s). | |

Pending before the Court is a motion to seal filed by Plaintiff. Docket No. 34. The sole reason for the sealing request is that non-party LiveVox designated on an interim basis the underlying deposition transcript as confidential. *See* Docket No. 34 at 2. Plaintiff attempted to obtain a declaration from LiveVox in support of sealing, but was unsuccessful in doing so. *See id.* at 2 n.6. Plaintiff shall promptly confer with LiveVox regarding this order. No later than September 15, 2017, Plaintiff shall file either (1) a declaration from LiveVox in support of the motion to seal addressing the proper standards, or (2) a notice that LiveVox has determined that sealing of the transcript is not necessary and that Docket No. 35 may be unsealed.

IT IS SO ORDERED.

DATED: September 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge