UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GRETTA MARSHALL, | ) | Case No. 2:16-cv-02406-GMN-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| THE CBE GROUP, INC., | ) | (Docket No. 46) |
| Defendant(s). | ) | |

Pending before the Court is a motion to seal filed by Defendant. Docket No. 46. The motion is defective in several respects. First, the motion to seal itself was improperly filed under seal. A motion to seal should be filed publicly, and the material for which sealing is sought should be filed separately under seal pending resolution of the motion to seal. *See* Local Rule IA 10-5(a). Second, the sole reason for the sealing request is that non-party LiveVox designated on an interim basis the underlying deposition transcript as confidential. *See* Docket No. 46 at 1-2. The Court has ordered that, in such circumstances, the filing party must notify the designating party seven days in advance to determine if the sealing of the materials is appropriate and, if so, the designating party must provide a declaration in support of the motion to seal. Docket No. 24 at 2. Defendant failed to comply with that order. Third, the motion does not address the applicable standards, or explain how they have been met.

In light of the above, the motion to seal is **DENIED** without prejudice. Nonetheless, given that the motion attaches the subject document for which sealing is sought, the Clerk's Office is **INSTRUCTED** to continue to maintain Docket No. 46 under seal. No later than September 15, 2017,

Defendant shall file either (1) a renewed motion to seal attaching a declaration from LiveVox in support of that sealing request and addressing the proper standards, or (2) a notice that LiveVox has determined that sealing of the transcript is not necessary and that Docket No. 46 may be unsealed.

IT IS SO ORDERED.

DATED: September 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge