# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRETTA MARSHALL, | Case No. 2:16-cv-02406-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 34, 46, 51) |
| THE CBE GROUP, INC., | |
| Defendant(s). | |

On September 8, 2017, the Court ordered the parties to file a supplement with respect to Plaintiff's motion to seal (Docket No. 34) that sought sealing of Docket No. 35 ("Exhibit 10"). Docket No. 49. The parties have now filed a notice that grounds do not exist to seal that exhibit. *See* Docket No. 51.

On September 8, 2017, the Court denied without prejudice Defendant's motion to seal (Docket No. 46), but permitted a further filing explaining whether grounds for sealing existed with respect to Docket No. 46-1 ("Exhibit D"). Docket No. 50. The parties have now filed a notice that grounds do not exist to seal that exhibit. *See* Docket No. 51.

Accordingly, the Court hereby **ORDERS** as follows:

- The motion to seal at Docket No. 34 is hereby **DENIED**, and the Clerk's Office is **INSTRUCTED** to unseal Docket No. 35 and the exhibits thereto.

- The motion to seal at Docket No. 46 was previously denied without prejudice, but the Clerk's Office is now further **INSTRUCTED** to unseal Docket No. 46 and the exhibits thereto.
- The "motion to withdraw" the previous motions to seal at Docket No. 51 is **DENIED** as moot, in light of the rulings on the merits above.

IT IS SO ORDERED.

DATED: September 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge