Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GRETTA MARSHALL, | Civil Action No.: 2:16-cv-02406-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO SUBMIT JOINT PRETRIAL ORDER** |
| THE CBE GROUP, INC., D/B/A CBE GROUP, | |
| Defendant. | **(FIRST REQUEST)** |

It is hereby stipulated by and between the parties Gretta Marshall ("Plaintiff") and The CBE Group, Inc., d/b/a CBE Group ("CBE"), through their respective attorneys, that the time for the parties to submit their joint pretrial order is extended from April 30, 2018[1] to **May 29, 2018**.

---

[1] April 29, 2018 is a Sunday.

-**1**-

Good cause supports this stipulation. Specifically, the parties have both reviewed and contributed to the joint pretrial order and intend to confer regarding a joint pretrial exhibit list and stipulated facts in the near future. However, a trial which Plaintiff's counsel anticipated conducting between on April 23-26, 2018 has been rescheduled to begin on April 30, 2018, and Plaintiff's counsel will be engaged in the process of preparing for this trial in the days leading up to the same.

This is the parties' first stipulation to extend the motion, which is made in good faith and not for the purposes of delay.

Respectfully submitted this 24th day of April, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Robbie Malone* |
| Matthew I. Knepper, Esq. | Eugene Xerxes Martin, IV, *admitted pro hac vice* |
| Nevada Bar No. 12796 | |
| Miles N. Clark, Esq. | Robbie Malone, *admitted pro hac vice* |
| Nevada Bar No. 13848 | Malone Akerly Martin PLLC |
| KNEPPER & CLARK, LLC | 8750 N Central Expressway, Ste 1850 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Dallas, TX 75231 |
| Las Vegas, NV 89129 | Email: xmartin@mamlaw.com |
| Email: matthew.knepper@knepperclark.com | Email: rmalone@mamlaw.com |
| Email: miles.clark@knepperclark.com | |
| | Kurt R. Bonds |
| David H. Krieger | Alverson Taylor Mortensen, et al |
| HAINES & KRIEGER, LLC | 6605 Grand Montecito Parkway |
| 8985 S. Eastern Avenue | Suite 200 |
| Suite 350 | Las Vegas, NV 89149 |
| Henderson, NV 89123 | 702-384-7000 |
| Email: dkrieger@hainesandkrieger.com | Fax: 702-385-7000 |
| | Email: efile@alversontaylor.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant The CBE Group d/b/a CBE Group* |

## ORDER

**IT IS SO ORDERED.**

DATED this __25__ day of April, 2018.

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**